

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT FORT CAMPBELL

UNITED STATES OF AMERICA

v.

AMBER N. BLANKENSHIP

NO. 5:19mJ-170-LLK

18 U.S.C. §13
(K.R.S. 530.060)

The United States Attorney charges:

## COUNT 1

On or about the 5th day of February 2019, in the Western District of Kentucky at Fort Campbell, Kentucky, within the special maritime and territorial jurisdiction of the United States, AMBER N. BLANKENSHIP, defendant herein, being a person legally charged with the care of two minor, four year old children, failed to exercise reasonable diligence in the control of the children to prevent them from becoming neglected, dependent or delinquent children by leaving them in a secured, unattended vehicle with the ignition running while she went into the Fort Campbell Post Office.

In violation of Title 18, United States Code, Section 13 (K.R.S. 530.060).

RUSSELL M. COLEMAN
United States Attorney

By: _____
STEPHEN M. BEATY
Special Assistant U.S. Attorney

**AMBER N. BLANKENSHIP**

## PENALTIES

### COUNT 1

18 U.S.C. §13 (K.R.S. 530.060)

MINIMUM:

MAXIMUM:  $500 and 12 months confinement

SPECIAL ASSESSMENT:  $25